994 P.2d 619

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Hutch v. State | 21159, 21284 | 01/22/1999 | Affirmed |
| State v. Reyes | 21375 | 03/09/1999 | Affirmed |
| Barnett v. State | 19913, 21051 | 03/09/1999 | Vacated and Remanded |
| Sullivan v. Sullivan | 21300 | 03/12/1999 | Affirmed |
| Toguchi v. State | 21591 | 03/15/1999 | Affirmed |
| State v. Nakamura | 21550 | 03/15/1999 | Affirmed in part and Reversed in part |
| State v. Carr | 21433 | 03/16/1999 | Reversed and Remanded |
| Doe v. Doe | 20843 | 03/25/1999 | Affirmed |
| Entendencia v. State | 21366 | 03/25/1999 | Affirmed in part and Remanded |
| State v. Sardine | 21462 | 03/25/1999 | Affirmed |
| State v. Petelo | 21314 | 04/08/1999 | Affirmed |
| State v. Balanay | 21208, 21399 | 04/12/1999 | Affirmed |
| State v. Lawrence | 21045 | 04/22/1999 | Affirmed and Reversed in part |
| Yamamoto v. State | 21612 | 04/23/1999 | Affirmed |
| Runnels v. Punchbowl Fender Works, Inc. | 21615 | 05/11/1999 | Vacated and Remanded |
| Quel v. State | 21299 | 06/07/1999 | Affirmed |
| State v. Lee | 22062 | 06/17/1999 | Affirmed |
| State v. Pelekane | 21540 | 06/17/1999 | Affirmed |
| Kobayashi v. Kobayashi | 21395 | 06/17/1999 | Affirmed |
| Miller v. Amorient Aquafarm, Inc. | 19851 | 06/29/1999 | Affirmed |
| State v. Kimura | 21271 | 06/30/1999 | Vacated and Remanded |
| Nagao v. Nagao | 21721 | 06/30/1999 | Affirmed |
| State v. Fergerstrom | 21552 | 06/30/1999 | Affirmed |
| State v. Domzalski | 21918 | 06/30/1999 | Affirmed |
| Del Rosario v. Del Rosario | 21792 | 06/30/1999 | Affirmed |
| State v. Cabral | 21694 | 06/30/1999 | Affirmed |
| State v. Wright | 21610 | 07/15/1999 | Affirmed |
| State v. Thomas | 21796 | 07/19/1999 | Affirmed |
| Associates Financial Services Co. of Hawaii, Inc. v. Crabbe | 21618 | 07/21/1999 | Vacated and Remanded |
| State v. Fergerstrom | 22184 | 08/02/1999 | Affirmed |